# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# - BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| JUAN JACINTO GONZALEZ-GARCIA<br>Petitioner, | § § § | |
| VS. | § § | CIVIL ACTION NO. B-96-176 |
| UNITED STATES IMMIGRATION AND<br>NATURALIZATION SERVICE, ET AL.<br>Respondents. | § § § § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of September 17, 1997 should be **ADOPTED** and the Respondent's Motion to Dismiss should be **GRANTED**.

DONE in Brownsville, Texas, on this ____ day of _____, 1998.

_____
Hilda G. Tagle
United States District Judge